**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNLIMITED RESOURCES
INCORPORATED, etc.,

    Plaintiff,

    v.                                     No.3:07-cv-961-J-12MCR

DEPLOYED RESOURCES, LLC,

    Defendant.

## **ORDER**

This cause is before the Court on the Report and Recommendation (Doc. 106) of the United States Magistrate Judge, filed April 27, 2009, recommending that Defendant's Motion for Sanctions (Doc. 95) be denied without prejudice, and that Plaintiff's Motion to Strike (Doc. 102) and Plaintiff's Motion for Extension of Time (Doc. 103) be denied as moot. The United States Magistrate Judge informed the parties, that

> Any party may file and serve specific, written objections hereto within TEN (10) days after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(b), 6(a) and (e); Local Rules 6.02 (a) and 4.20, United States District Court for the Middle District of Florida.

Report and Recommendation (Doc. 106) at p.1, n.1. As of the date of this Order, neither party has filed any objections to the Report and Recommendation (Doc. 106).

Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the Court adopts the Report and Recommendation (Doc. 106) of the United States Magistrate Judge;

2. That Defendant's Motion for Sanctions (Doc. 95) is denied without prejudice; and

3. That the Plaintiff's Motion to Strike (Doc. 102) and Plaintiff's Motion for Extension of Time (Doc. 103) are denied as moot.

**DONE AND ORDERED** this ___29th___ day of May 2009.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to: Hon. Monte C. Richardson,
United States Magistrate Judge
Counsel of Record