IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNLIMITED RESOURCES INCORPORATED,
A Florida Corporation,

    Plaintiff,

v.                                        Case No.: 3:07-CV-961-J-12MCR

DEPLOYED RESOURCES, LLC.,
A foreign limited Liability Company,
JOHN DOE; and JANE DOE,
currently unknown individuals or entities,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, UNLIMITED RESOURCES INCORPORATED, by and through its undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with the consent of Defendant, DEPLOYED RESOURCES LLC, and hereby dismisses the above-styled case with prejudice with each party bearing its own fees and costs, and going hence without delay.

Dated this 25th day of January, 2010

/s/ *Daniel A. Nicholas*
DANIEL A. NICHOLAS, ESQ.
Florida Bar No.: 847755
BRADLEY S. BELL, ESQ.
Florida Bar No.: 184306
CRUSER MITCHELL NICHOLAS
& BELL, LLP
501 E. Kennedy Blvd., Suite 730
Tampa, FL 33602
813-637-9200 (Tel)
813-637-9230 (Fax)
dnicholas@cmlawfirm.com
bbell@cmlawfirm.com
Attorneys for Plaintiff

Dated this 25th day of January, 2010

/s/ *Richard G. Rumrell*
RICHARD G. RUMRELL, ESQ.
Florida Bar No.: 132401
RUMRELL, COSTABEL,
WARRINGTON & BROCK, LLP
9995 Gate Parkway North,
Suite 190
Jacksonville, FL 32246
(904) 996-1100 (Tel)
(904) 996-1120 (Fax)
rumrell@rumrelllaw.com
Attorneys for Defendant