UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNLIMITED RESOURCES INCORPORATED,**
a Florida corporation,

    Plaintiff,

v.                                CASE NO.  3:07-cv-961-J-25MCR

**DEPLOYED RESOURCES, LLC.**,
a foreign limited liability company,
**JOHN DOE**; and **JANE DOE**,
currently unknown individuals or entities,

    Defendants.

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 165), it is

**ORDERED** that this action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of January, 2010.

*[signature]*
HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record